UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20416-MARTINEZ/SANCHEZ
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

FILED BY __BM__ D.C.
Sep 18, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: 9/10/2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
SEAN T. McLAUGHLIN
Assistant United States Attorney
Court ID No. A5501121
United States Attorney's Office
11200 NW 20th Street, Suite 101
Miami, FL 33172
Tel.: 305-715-7642
Fax: 305-715-7639
Email: Sean.McLaughlin@usdoj.gov