# SEALED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-20416-CR-MARTINEZ



FILED BY____KP____D.C.

SEP 2 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**

**vs.**

**RAFAEL ALBERTO VARGAS GONZALEZ, et al.,**      **FILED UNDER SEAL**

**Defendants.**

_____/

## SEALED MOTION TO STRIKE/AMEND/CORRECT
## ONE PENALTY SHEET & ONE ARREST WARRANT FOR SEALED INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, files this Sealed Motion to Strike/Amend/Correct One Penalty Sheet and One Arrest Warrant for the Sealed Indictment in the above-captioned case number. In support thereof, the Government states as follows:

1. The Sealed Indictment in the instant case, along with arrest warrants and penalty sheets for Defendant Juan Sebastian Reyes Bello and the other 18 charged defendants, was filed on September 18, 2025, which is attached as Exhibit A.

2. The Government recently discovered a scrivener's error in the penalty sheet and arrest warrant for Defendant Juan Sebastian Reyes Bello.

3. Defendant Juan Sebastian Reyes Bello was charged in both Count 7 and Count 29 in the Sealed Indictment, but the corresponding penalty sheet and arrest warrant did not properly reflect this information.

KP
5

4. Attached as Exhibit B is the revised, corrected penalty sheet for Defendant Juan Sebastian Reyes Bello. Attached as Exhibit C is the revised, corrected, arrest warrant for Defendant Juan Sebastian Reyes Bello.

5. This case should remain under seal until the arrest of the first defendant or until further order of this Court.

WHEREFORE, the United States respectfully requests that the Court grant the instant Motion and that the original penalty sheet and arrest warrant for Defendant Juan Sebastian Reyes Bello be stricken and the corrected penalty sheet (Exhibit B) and corrected arrest warrant (Exhibit C) for Defendant Juan Sebastian Reyes Bello now be made part of the Sealed Indictment.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _/s/ Sean T. McLaughlin_

SEAN T. McLAUGHLIN
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, Florida 33172
Tel: (305) 715-7642/7654
Fax: (305) 715-7639
Email: Sean.McLaughlin@usdoj.gov

2