U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 25-CR-20416-JEM

**UNITED STATES OF AMERICA**

**v.**

Carlos Felipe Padilla Ezquero et al.,

**Inmate Name:** Carlos Felipe Padilla Ezquero

**Inmate #:** 00580-506 / (Alien # 241 063 587)

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:    ANY UNITED STATES MARSHAL, and

WARDEN, Delaney Hall Detention Facility, 451 Doremus Avenue, Newark, NJ 07105

It appearing from the petition of the United States of America that the defendant in the above case, Carlos Felipe Padilla Ezquero , 00580-506/(Alien # 241 063 587) is confined in the Delaney Hall Detention Facility at 51 Doremus Avenue, Newark, NJ 07105 and that this case is set for an Trial as to the defendant at US District Court, 400 N. Miami Avenue, Courtroom 11-2, Miami, FL 33128 , and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Carlos Felipe Padilla Ezquero , 00580-506/(Alien # 241 063 587) now in custody as aforesaid, under safe and secure conduct, before this Court at US District Court, 400 N. Miami Avenue, Courtroom 11-2, Miami, FL 33128 by or before, 9 A M., on December 15, 2025 for a Trial on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Delaney Hall Detention Facility at 51 Doremus Avenue, Newark, NJ 07105 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami-Dade County Florida, this 18 day of November , 2025

THE HONORABLE CECILIA M. ALTONAGA, CHIEF
UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney (AUSA Kevin D. Gerarde )
       U.S. Marshal (3 certified copies)
       Chief Probation Officer